UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/18
```

BRIAN FISCHLER,

                  Plaintiff,

-v-

ISAIA CORP.,

                  Defendant.

No. 18-cv-2634 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of a letter from Defendant informing the Court that the parties "have reached a settlement in principle." (Doc. No. 16.) Accordingly, IT IS HEREBY ORDERED Defendant's deadline to answer and the parties' deadline to submit their joint letter and proposed case management plan are adjourned *sine die*, that the initial conference currently scheduled for August 3, 2018 is cancelled, and that this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:     July 17, 2018
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE